RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@usdoj.gov

*Of Counsel:*
Bart M. Davis
U.S. Attorney, District of Idaho

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | **COMPLAINT** |
| v. | |
| ROBERTO J. CORRAL, aka JESUS ROBERTO CORRAL TREVIZO; LUISA CORRAL; IDAHO STATE INSURANCE FUND; PORTFOLIO RECOVERY ASSOCIATES, LLC; and CANYON COUNTY, | |
| Defendants. | |

The United States of America complains and alleges as follows:

1.  This is a civil action brought by the United States of America to (1) reduce to

judgment the outstanding federal tax liabilities and civil penalties assessed

Complaint
(Case No. )

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

against Roberto J. Corral and Luisa Corral, and (2) foreclose federal tax liens on a parcel of property (the "subject property," more specifically described below).

## JURISDICTION AND VENUE

2.  This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and 7403.

3.  The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403 and 28 U.S.C. §§ 1340 and 1345.

4.  Venue is proper in the District of Idaho under 28 U.S.C. §§ 1391(b)(1) & (2) because the subject property is located within this judicial district, and the behavior giving rise to the tax liabilities occurred in this judicial district. Moreover, upon information and belief, Luisa Corral lives in the District of Idaho, and Roberto Corral may live in the District of Idaho.

## DEFENDANTS

5.  The United States realleges paragraphs 1 through 4 and reincorporates them herein.

6.  On information and belief, Defendant Roberto Corral currently resides either in Mexico, or in Nampa, Idaho. He is made a party to this suit because he has unpaid federal tax assessments and he has an ownership interest in the subject property.

Complaint
(Case No. )

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

7. On information and belief, Defendant Luisa Corral currently resides in Nampa, Idaho. She is made a party to this suit because she has unpaid federal tax assessments and she has an ownership interest in the subject property.

8. Defendant Idaho State Insurance Fund is made a party to this suit pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the subject property.

9. Defendant Idaho State Insurance Fund is made a party to this suit pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the subject property.

10. Defendant Portfolio Recovery Associates, LLC, is made a party to this suit pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the subject property.

11. Defendant Canyon County is made a party to this suit pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the subject property.

**THE SUBJECT PROPERTY**

12. The United States realleges paragraphs 1 through 11 and reincorporates them herein.

13. The United States seeks foreclosure of federal tax liens against the parcel of real property described below, identified as 9211 Lake Shore Dr., Nampa, ID 83686. The legal description is as follows:

Complaint
(Case No. )

3

A portion of the Northwest Quarter of the Southeast Quarter of Section 16, Township 2 North, Range 2 West, Boise Meridian, Canyon County, Idaho, more particularly described as follows:

Beginning at the Northeast corner of Northwest Quarter of the Southeast Quarter of Section 16, Township 2 North, Range 2 West, Boise Meridian, Canyon County, Idaho, running thence West along the North boundary line of said Northwest Quarter of the Southeast Quarter to the intersection of said boundary line with the center line of the New York Canal as now established; running thence Southeasterly along said center line to the East Boundary line of said Northwest Quarter of the Southeast Quarter; thence turning North along said East Boundary line to the POINT OF BEGINNING.

14. Roberto Corral and Luisa Corral together as husband and wife, purchased the Subject Property sometime around the 12th of September, 1997, from Tiegs Farms, Inc., by Corporate Warranty Deed.

15. Under Idaho law, the subject property was acquired as community property. I.C. § 32-906.

16. The U.S. Attorney's Office for the District of Idaho recorded a Notice of Lien for Fine and/or Restitution against Roberto Trevizo Corral in the approximate amount of $781,352.11, on or around January 14, 2011. This lien is not the basis of this suit: as explained in more detail below, Mr. Corral was criminally charged (and convicted after a plea) of willful failure to pay over trust fund taxes on behalf of his employees to the government for some of the same tax years. With this complaint, the United States is attempting to reduce to judgment, and collect, on Mr. Corral's separate individual income tax liabilities for the specified years.

Complaint
(Case No. )

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

17. The Idaho State Insurance Fund recorded a default judgment lien against Roberto Corral (as well as "Corral Agriculture, Inc.") in the approximate amount of $10,550.80, on or around October 25, 2011.

18. Portfolio Recovery Associates, LLC recorded a judgment lien against Luisa Corral, in the approximate amount of $2,726.98, on or around November 1, 2013.

19. Portfolio Recovery Associats, LLC may have at least one additional recorded lien.

20. Canyon County may claim an interest in the subject property, depending on whether there are any property taxes owed in relation to the subject property.

**TAX LIABILITIES**

21. The United States realleges paragraphs 1 through 20 and reincorporates them herein.

22. Roberto Corral and Luisa Corral filed joint returns, including in one instance an amended return, for the 2000, 2007, 2008, and 2009 individual income tax years. The assessments set out below are based on those returns.

23. Roberto Corral and Luisa Corral filed joint returns for the 2001, 2002, 2003, 2004, and 2005 individual income tax years. Those years were selected by the IRS for examination, and the IRS duly issued statutory notices of deficiency for those years.

Complaint
(Case No. )

5

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

24. On the dates set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against Roberto Corral and Luisa Corral, jointly, as follows:

| Type of Tax | Tax Period | Assessment Date | Assessment Amount[1] | | Unpaid Balance As Of May 25, 2018[2] |
|---|---|---|---|---|---|
| 1040 | 2000 | 6/9/08 | T | $48,739.00 | $2,206.89 |
| | | 6/9/08 | P3 | $129.30 | |
| | | 6/9/08 | P1 | $1,966.27 | |
| | | 6/9/08 | P2 | $2,184.75 | |
| | | 6/9/08 | I | $5,944.10 | |
| | | 7/27/09 | F | $6.00 | |
| | | 12/2/13 | I | $523.83 | |
| | | 12/1/14 | I | $79.56 | |
| | | 12/7/15 | I | $44.23 | |
| 1040 | 2001 | 6/9/08 | T | $8,679.00 | $179,338.74 |
| | | 6/9/08 | P1 | $1,952.77 | |
| | | 6/9/08 | P2 | $2,169.75 | |
| | | 6/9/08 | I | $4,845.24 | |
| | | 8/24/11 | T | $34,568.00 | |
| | | 8/24/11 | P1 | $8,642.00 | |
| | | 8/24/11 | P4 | $25,926.00 | |
| | | 8/24/11 | I | $46,429.10 | |
| | | 12/2/13 | I | $11,383.75 | |
| | | 12/2/13 | P2 | $8,642.00 | |
| | | 12/1/14 | I | $4,653.61 | |
| | | 12/7/15 | I | $4,888.55 | |
| 1040 | 2002 | 7/21/08 | T | $8,004.00 | $233,104.96 |
| | | 7/21/08 | P1 | $1,800.90 | |
| | | 7/21/08 | P2 | $2,001.00 | |
| | | 7/21/08 | I | $3,810.94 | |
| | | 8/24/11 | T | $49,523.00 | |
| | | 8/24/11 | P1 | $12,380.75 | |
| | | 8/24/11 | P4 | $37,142.25 | |
| | | 8/24/11 | I | $57,705.48 | |

[1] T—tax assessed; F—fees and collection costs; P1—late return filing penalty, 26 U.S.C. §6651(a)(1); P2—failure to timely pay tax penalty, 26 U.S.C. §6651(a)(2) & (a)(3); P3—estimated tax penalty; P4—fraud penalty, § 6663; I—interest assessed, or reduced and removed previous interest credited.

[2] Includes accrued but unassessed interest and applied credits as of this date.

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | 12/2/13 | I | $14,676.82 | |
| | | 12/2/13 | P2 | $6,685.60 | |
| | | 12/1/14 | I | $5,883.33 | |
| | | 12/1/14 | P2 | $2,971.38 | |
| | | 12/7/15 | I | $6,272.36 | |
| | | 12/7/15 | P2 | $2,723.77 | |
| 1040 | 2003 | 7/21/08 | T | $7,641.00 | $234,199.92 |
| | | 7/21/08 | P1 | $1,719.22 | |
| | | 7/21/08 | P2 | $1,910.25 | |
| | | 7/21/08 | I | $3,065.08 | |
| | | 8/24/11 | T | $52,363.50 | |
| | | 8/24/11 | P1 | $13,090.88 | |
| | | 8/24/11 | P4 | $39,272.63 | |
| | | 8/24/11 | I | $53,707.08 | |
| | | 12/2/13 | I | $14,515.14 | |
| | | 12/2/13 | P2 | $7,069.07 | |
| | | 12/1/14 | I | $5,902.25 | |
| | | 12/1/14 | P2 | $3,141.81 | |
| | | 12/7/15 | I | $6,297.51 | |
| | | 12/7/15 | P2 | $2,880.00 | |
| 1040 | 2004 | 7/21/08 | T | $7,581.00 | $264,522.12 |
| | | 7/21/08 | P1 | $1,705.72 | |
| | | 7/21/08 | P2 | $1,516.20 | |
| | | 7/21/08 | I | $2,422.80 | |
| | | 8/24/11 | T | $63,381.00 | |
| | | 8/24/11 | P1 | $15,845.25 | |
| | | 8/24/11 | P4 | $47,535.75 | |
| | | 8/24/11 | I | $55,600.35 | |
| | | 12/2/13 | I | $14,527.36 | |
| | | 12/2/13 | P2 | $8,935.48 | |
| | | 12/1/14 | I | $6,652.26 | |
| | | 12/1/14 | P2 | $3,802.86 | |
| | | 12/7/15 | I | $7,105.86 | |
| | | 12/7/15 | P2 | $3,485.96 | |
| 1040 | 2005 | 7/21/08 | T | $10,089.00 | $209,704.59 |
| | | 7/21/08 | P3 | $116.10 | |
| | | 7/21/08 | P1 | $2,270.02 | |
| | | 7/21/08 | P2 | $1,412.46 | |
| | | 7/21/08 | I | $2,291.32 | |
| | | 8/24/11 | T | $50,414.00 | |
| | | 8/24/11 | P1 | $12,603.50 | |
| | | 8/24/11 | P4 | $37,810.50 | |
| | | 8/24/11 | I | $35,386.97 | |
| | | 12/2/13 | I | $13,328.53 | |

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | | | | |
|---|---|---|---|---|---|
| | | 12/2/13 | P2 | $7,915.68 | |
| | | 12/1/14 | I | $5,273.14 | |
| | | 12/1/14 | P2 | $3,024.84 | |
| | | 12/7/15 | I | $5,633.02 | |
| | | 12/7/15 | P2 | $2,772.77 | |
| 1040 | 2007 | 7/21/08 | T | $24,430.00 | $64,515.03 |
| | | 7/21/08 | P3 | $629.00 | |
| | | 7/21/08 | P1 | $669.96 | |
| | | 7/21/08 | P2 | $282.76 | |
| | | 7/21/08 | I | $228.84 | |
| | | 8/25/08 | P3 | $869.00 | |
| | | 8/25/08 | T | $20,426.00 | |
| | | 8/25/08 | P1 | $1,021.30 | |
| | | 12/2/13 | I | $8,809.85 | |
| | | 12/2/13 | P2 | $8,300.74 | |
| | | 12/1/14 | I | $1,674.09 | |
| | | 12/7/15 | I | $1,758.60 | |
| 1040 | 2008 | 7/6/09 | T | $46,486.00 | $53,609.85 |
| | | 7/6/09 | P3 | $433.00 | |
| | | 7/6/09 | P2 | $476.04 | |
| | | 7/6/09 | I | $286.46 | |
| | | 9/14/09 | F | $6.00 | |
| | | 12/2/13 | I | $5,411.96 | |
| | | 12/2/13 | P2 | $7,457.96 | |
| | | 12/1/14 | I | $1,391.11 | |
| | | 12/7/15 | I | $1,461.33 | |
| 1040 | 2009 | 11/21/11 | T | $14,434.00 | $17,670.13 |
| | | 11/21/11 | P3 | $205.00 | |
| | | 11/21/11 | P1 | $2,047.27 | |
| | | 11/21/11 | P2 | $909.90 | |
| | | 11/21/11 | I | $648.64 | |
| | | 2/6/12 | F | $20.00 | |
| | | 12/2/13 | I | $811.78 | |
| | | 12/2/13 | P2 | $1,091.88 | |
| | | 12/1/14 | I | $450.47 | |
| | | 12/1/14 | P2 | $272.97 | |
| | | 12/7/15 | I | $481.67 | |
| **TOTAL** | | | | | $1,258,872.23 |

25. The period for collection of the assessments described in paragraph 24 above

has not yet expired and this action is not barred by 26 U.S.C. § 6502.

Complaint
(Case No. )

8

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

26. Roberto J. Corral and Luisa Corral failed to pay in full the above tax liabilities despite notice and demand for payment. Pursuant to 26 U.S.C. § 6321, statutory liens arose against all property and rights to property owned by Roberto J. Corral and Luisa Corral, including the subject property, at the time of the tax assessments.

27. Despite timely notice and demand for payment of the assessments described above Roberto Corral and Luisa Corral neglected or refused to make payment to the United States, and there remains due and owing on those assessments, together with accrued but unassessed statutory interest and other additions, the amount of $1,258,872.23, as of May 25, 2018, plus statutory interest and accruals after that date.

28. The IRS duly recorded notices of federal tax liens in Canyon County, Idaho, (Doc. Nos. 2006-37818, 2006-37819, 2006-052816, 2008-004101, 2008-004102, 2009-034117, 2009-042254, 2011-048053, 2012-000046, 2015-022818), for Roberto Corral and Luisa Corral's 2000, 2001, 2002, 2003, 2004, 2005, 2007, 2008, and 2009 federal income tax periods. The earliest of those notices of federal tax liens was recorded May 17, 2006.

**THE CRIMINAL PROCEEDING AGAINST ROBERTO CORRAL**

29. The United States realleges paragraphs 1 through 28 and reincorporates them herein.

30. On March 22, 2010, Roberto Corral signed a plea agreement with the government, pleading guilty to one count of willfully failing to collect,

Complaint
(Case No. )

9

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

truthfully account for, or pay over trust fund taxes with respect to wages paid by AG Services, Inc., a/k/a Corral Agriculture, Inc., to its employees for the 2004 tax year. *See United States v. Corral*, Case No. 1:10-cr-0069-EJL, Dkt. No. 2 (D. Idaho March 30, 2010).

31. As stated in the plea agreement, and stipulated to by Mr. Corral, he was the president and director of AG Service, Inc.,[3] an Idaho corporation providing labor services to farmers in Idaho.

32. Roberto Corral had control over the finances of AG Services/Corral Agriculture, and was responsible for collecting and paying over to the government FICA and income tax withheld from the wages of the employees of AG Service, Inc.

33. In total, for the 2002, 2003, 2004, and 2005 tax years, Roberto Corral failed to pay over owed taxes, including FICA and income taxes (both withheld and the portion to be paid by the employer), in the approximate amount of $771,252.12.

34. On September 21, 2010, the Court entered judgment as to Roberto Corral, sentencing him to twelve months and one day in prison, followed by three years of supervised release.

---

[3] In 2005, Roberto Corral changed the name of AG Services, Inc., to Corral Agriculture, Inc.

Complaint
(Case No. )

10

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

## COUNT I: REDUCE TO JUDGMENT FEDERAL TAX AND PENALTY ASSESSMENTS

35. The United States realleges paragraphs 1 through 34 and reincorporates them herein.

36. On the dates, in the amounts, and for the tax periods set forth in paragraph 23 above, a duly authorized delegate of the Secretary of the Treasury made assessments against Defendants Roberto Corral and Luisa Corral, jointly, for unpaid federal income taxes, penalties, and interest.

37. Despite timely notice and demand for payment of assessments described above, Roberto Corral and Luisa Corral have neglected, refused, or failed to pay the assessments and there remains due and owing to the United States on those assessments the total of $1,258,872.23 as of May 25, 2018, plus statutory interest and accruals after that date.

38. Under 26 U.S.C. § 7402(a), the United States is entitled to a judgment against Roberto Corrald and Luisa Corral jointly for the unpaid balance of the assessed amounts described above, plus statutory interest and any other additions accruing to the date of payment.

Complaint
(Case No. )

11

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

## COUNT II: FIND THAT THE UNITED STATES' TAX LIENS HAVE PRIORITY OVER SUBSEQUENTLY-RECORDED INTERESTS

39. The United States realleges paragraphs 1 through 38 and reincorporates them herein.

40. Any interests recorded after the IRS's notices of federal tax liens, apart from those entitled to a superpriority under 26 U.S.C. § 6323, should have a lower priority than the IRS tax liens.

41. The United States is entitled to an order that the federal tax liens have priority over all interests in the subject property acquired after the attachment of the tax liens, subject to 26 U.S.C. § 6323.

## COUNT III: FORECLOSE FEDERAL TAX LIENS AGAINST THE SUBJECT PROPERTY AND SELL THE PROPERTY TO SATISFY, IN PART OR IN FULL, THE TAX LIENS AT ISSUE

42. The United States realleges paragraphs 1 through 41 and reincorporates them herein.

43. Pursuant to 26 U.S.C. §§ 6321 and 6322, statutory liens for unpaid federal taxes arose in favor of the United States against all property and rights to property, whether real or personal, belonging to Roberto Corral and Luisa Corral—including the subject property—as of the dates of assessments described in paragraph 23 above.

44. The federal tax liens under § 6321, described in the paragraph above, attached to Roberto Corral and/or Luisa Corral's interests in the subject property sought to be foreclosed in this action, and remain on the subject property, despite any subsequent transfers.

Complaint
(Case No. )

12

45. Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the subject property to enforce its tax liens thereon.

WHEREFORE the United States prays as follows:

a.  That judgment be entered against Defendants Roberto Corral and Luisa Corral, jointly, for unpaid federal income taxes and penalties for the 2000, 2001, 2002, 2003, 2004, 2005, 2007, 2008, and 2009 tax years, in the amount of $1,258,872.23 as of May 25, 2018, plus statutory interest and accruals after that date.

b.  That the Court determine that the United States has valid and subsisting federal tax liens, pursuant to 26 U.S.C. §§ 6321 and 6322, on all property and rights to property of Roberto Corral, both real and personal, tangible and intangible, including the subject property.

c.  That the Court determine that the United States has valid and subsisting federal tax liens, pursuant to 26 U.S.C. §§ 6321 and 6322, on all property and rights to property of Luisa Corral, both real and personal, tangible and intangible, including the subject property

d.  That the Court determine the merits and priority of any claim or interest in the subject property asserted by the named Defendants. See 26 U.S.C. § 6323.

e.  That the Court order that the United States' tax liens encumbering the subject property be foreclosed; that the properties be ordered sold pursuant to applicable law; that the proceeds of the sale be applied first to the to the costs

Complaint
(Case No. )

13

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1  of such sale and any outstanding real property county taxes at the time of

2  such sale and to any other claimants with priority claims over the United

3  States, and then to the United States to partially satisfy its federal tax liens;

4  and

5      f.  That the United States be granted such other relief as the court deems just

6        and proper, including fees and costs as allowed by law.

7  Dated this 23rd day of May, 2018.

8                                  RICHARD E. ZUCKERMAN

9                                  Principal Deputy Assistant Attorney General

10                                  */s/ Dylan Cerling*

11                                  DYLAN C. CERLING

                                Trial Attorney, Tax Division

                                U.S. Department of Justice

                                P.O. Box 683

                                Washington, D.C.  20044

                                202-616-3395 (v)

                                202-307-0054 (f)

                                Dylan.C.Cerling@usdoj.gov

                                Of Counsel:

                                BART M. DAVIS

                                U.S. Attorney

                                *Attorneys for United States*

Complaint
(Case No. )

14

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Roberto Corral, Luisa Corral, Idaho State Insurance Fund, Portfolio Recovery Associates, LLC, Canyon County |

| (b)  County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant    Canyon County |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c)  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Dylan Cerling, Department of Justice, Tax Division PO Box 683, Washington, DC 20044 202-616-3305, dylan.c.cerling@usdoj.gov | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 3   Federal Question
   *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☒ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from Another District *(specify)*

☐ 6  Multidistrict Litigation - Transfer

☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
7401, 7402

Brief description of cause:
Reducing tax assessments to judgment and foreclosing tax liens on real property in Canyon County

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,258,872.23

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
05/23/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
                                                                                          .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

                                         _____
                                                *Server's signature*

                                         _____
                                                *Printed name and title*

                                         _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td align="center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: