IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ROBERTO J. CORRAL, aka JESUS
ROBERTO CORRAL TREVIZO;
LUISA CORRAL; IDAHO STATE
INSURANCE FUND; PORTFOLIO
RECOVERY ASSOCIATES, LLC; and
CANYON COUNTY,

      Defendants.

Case No. 1:18-cv-0228-BLW

**JUDGMENT**

This matter comes before the Court on the parties' joint motion for stipulated

judgment (Dkt. 19). Finding good cause, the Court hereby ORDERS as follows:

    1) The request for stipulated judgment is GRANTED and the stipulation is

        APPROVED;

1 | 1) Judgment is hereby entered in favor of the United States and against
2 | Defendants Roberto Corral and Luisa Corral in the amount of
3 | $1,274,138.47, as of August 21, 2018, plus statutory interest pursuant to
4 | 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) and other
5 | statutory additions, less any payments and credits, running from that
6 | date.
7 | 2) Tax liens arising from the liabilities described in paragraph 24 of the
8 | Complaint have attached to Roberto Corral and Luisa Corral's interest in
9 | the piece of real property identified as 9211 Lake Shore Dr., Nampa, ID
10 | 83686. The legal description is as follows:
11 |
12 |     A portion of the Northwest Quarter of the Southeast
       Quarter of Section 16, Township 2 North, Range 2 West,
       Boise Meridian, Canyon County, Idaho, more particularly
13 |    described as follows:

14 |    Beginning at the Northeast corner of Northwest Quarter
       of the Southeast Quarter of Section 16, Township 2 North,
15 |    Range 2 West, Boise Meridian, Canyon County, Idaho,
       running thence
16 |         West along the North boundary line of said
       Northwest Quarter of the Southeast Quarter to the
17 |    intersection of said boundary line with the center line of
       the New York Canal as now established; running thence
18 |    Southeasterly along said center line to the East Boundary
       line of said Northwest Quarter of the Southeast Quarter;
19 |    thence turning North along said East Boundary line to
20 |    the POINT OF BEGINNING.
21 | 3) The Court hereby forecloses the United States' tax liens on the property
22 | described in paragraph 2. The United States shall submit a proposed
23 | Order of Sale to the Court.
24 |

4) The parties shall bear their own fees and costs connected to this litigation.

IT IS SO ORDERED.

DATED: August 27, 2018



B. Lynn Winmill
Chief Judge
United States District Court